| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>MARK W. ROBERTSON / KELLY S. WOOD<br>mrobertson@omm.com / kwood@omm.com<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061 | |
| ATTORNEY(S) FOR: Defendant American Airlines, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANETTE BECKMAN, an individual, and LEEANNE HANSEN, an individual,<br><br>Plaintiff(s),<br>v.<br>AMERICAN AIRLINES, INC., a Delaware corporation, SIGSBEE "JOHN" NELSON, and DOES 1 through 50, inclusive,<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant American Airlines, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Janette Beckman | Plaintiff |
| Leanne Hansen | Plaintiff |
| American Airlines, Inc. | Defendant |
| Sigsbee John Nelson | Defendant |

| | |
|---|---|
| September 7, 2023 | /s/ Kelly S. Wood |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant American Airlines, Inc.