JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE BECKMAN, an Individual, and LEEANNE HANSEN, an Individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>SIGSBEE "JOHN" NELSON, an Individual,<br><br>   Defendant. | **Case No. CV 23-07410-MWF (MRWx)**<br><br>The Honorable Michael W. Fitzgerald, United States District Judge<br><br>**AMENDED JUDGMENT AFTER TRIAL** |

On June 28, 2024, this Court granted summary judgment in favor of Defendant American Airlines on all claims brought against it. As to Defendant Sigsbee "John" Nelson, this Court granted summary judgment in his favor on the statutory claims brought against him but left for trial the common law claims for battery, assault, intentional infliction of emotional distress, and negligent infliction of emotional distress.

///

///

      These remaining claims came on regularly for jury trial between September 17, 2024, and September 25, 2024, in Courtroom 5A of this United States District Court. Plaintiffs Janette Beckman and LeeAnne Hansen were represented by Avi Burkwitz, Esq., and Vincent Contreras, Esq., of Peterson Bradford Burkwitz Gregorio Burkwitz & Su LLP, and David Bernhard Felsenthal, Esq., of Felsenthal Law Firm.  Defendant Sigsbee "John" Nelson was represented by James A. Lassart, Esq., Adrian G. Driscoll, Esq., and Christopher R. Ulrich, Esq., of Murphy Pearson Bradley & Feeney.

      A jury of eight persons was regularly empaneled and sworn.  Witnesses were sworn and testified, and exhibits were admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury.  The jury deliberated and thereafter returned a verdict in pertinent part as follows:

### QUESTION NO. 1: BATTERY

Did Plaintiff LeeAnne Hansen prove her claim of battery against Defendant Sigsbee "John" Nelson?  (Instruction No. 14).

              **Yes**_____              **No**__X___

### QUESTION NO. 2: ASSAULT

Did Plaintiff Janette Beckman and/or Plaintiff LeeAnne Hansen prove her claim of assault against Defendant Sigsbee "John" Nelson?  (Instruction No. 15).

    a)  Plaintiff Janette Beckman:   **Yes**_____        **No**__X___

    b)  Plaintiff LeeAnne Hansen:   **Yes**_____        **No**__X___

///

///

**QUESTION NO. 3: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

Did Plaintiff Janette Beckman and/or Plaintiff LeeAnne Hansen prove her claim of intentional infliction of emotional distress against Defendant Sigsbee "John" Nelson? (Instruction No. 16).

    a) Plaintiff Janette Beckman:    **Yes**_____    **No__X___**

    b) Plaintiff LeeAnne Hansen:    **Yes**_____    **No__X___**

**QUESTION NO. 4: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

Did Plaintiff Janette Beckman and/or Plaintiff LeeAnne Hansen prove her claim of negligent infliction of emotional distress against Defendant Sigsbee "John" Nelson? (Instruction No. 18).

    a) Plaintiff Janette Beckman:    **Yes**_____    **No__X___**

    b) Plaintiff LeeAnne Hansen:    **Yes**_____    **No__X___**

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Defendant American Airlines, Inc., and Plaintiff Janette Beckman and Plaintiff LeeAnne Hansen shall take nothing.

///

///

2. Judgment is entered in favor of Defendant Sigsbee "John" Nelson, and Plaintiff Janette Beckman and Plaintiff LeeAnne Hansen shall take nothing.

3. Defendant American Airlines, Inc., and Defendant Sigsbee "John" Nelson shall recover their respective costs as provided by law.

Dated: October 3, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge